

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-18-00846-CR

Daniel Moreno **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8174A
Honorable Ron Rangel, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on March 8, 2019. *See* TEX. R. APP. P. 38.6(a). After the extended due date, Appellant filed a second motion for an extension of time to file the brief until April 10, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on April 10, 2019. **Any further request for an extension of time to file Appellant's brief will be strongly disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court